## JOHN D. STARK, APPELLANT, v. ELIAS HEMSTEAD, RESPONDENT.

*Sureties — discharge of — 2 R. S., 380.*

Where an application is made by sureties to an undertaking upon arrest, after suit brought against them, to exonerate themselves from liability, the surrender must be made under the Revised Statutes. (2 R. S., 380; Code, § 469; *Cozen* v. *Walters,* 55 N. Y., 304.)

APPEAL from an order made at the Special Term, exonerating the sureties upon an undertaking given upon the arrest of the defendant.

*John D. Pray*, for appellant.    *Jackson & Burr*, for respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order reversed, with costs and disbursements.